DREIER STEIN KAHAN
 BROWNE WOODS GEORGE LLP
Yakub Hazzard (State Bar No. 150242)
yhazzard@dreierstein.com
Jordan Susman (State Bar No. 246116)
jsusman@dreierstein.com
The Water Garden
1620 26th Street
6th Floor, North Tower
Santa Monica, CA  90404
Telephone:  310.828.9050
Facsimile:  310.828.9101

Attorneys for Plaintiffs
ANDRE BENJAMIN; THE BENJAMIN COMPANY,
LLC; HIGH SCHOOLERS, LLC; ANDRE 3000, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE BENJAMIN, an individual; THE BENJAMIN COMPANY, LLC, limited liability company; HIGH SCHOOLERS, LLC, a limited liability company; and ANDRE 3000, INC., a corporation,<br><br>        Plaintiffs,<br><br>    vs.<br><br>GREGORY BIXBY, an individual; BEN BIXBY or in the alternative BENJAMIN BIXBY, an individual; LOCK JAW RACING, a corporation; and DOES 1 through 10,<br><br>        Defendants. | CASE NO. 1:08-CV-01025-AWI-DLB<br><br>**ORDER (1) VACATING DEFAULT, (2) SETTING TIME TO ANSWER FIRST AMENDED COMPLAINT, AND (3) CONTINUING SCHEDULING CONFERENCE**<br><br>Complaint  Filed: July 17, 2008 |

987339_1.DOC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**WHEREAS**, Plaintiffs Andre Benjamin, The Benjamin Company, LLC, High Schoolers, LLC, and Andre 3000, Inc. (collectively, "Plaintiffs") filed the original Complaint in this action on July 17, 2008;

**WHEREAS**, Plaintiffs filed their First Amended Complaint in this action on July 30, 2008;

**WHEREAS**, on August 29, 2008, Plaintiffs filed Requests for Entry of Default against Defendants Gregory Bixby and Benjamin Bixby (together, "Defendants") (the "Requests for Entry of Default");

**WHEREAS**, on September 3, 2008, the Clerk granted Plaintiffs' Requests for Entry of Default and entered the defaults against Defendants;

**WHEREAS**, Defendants contest whether service of the summons and complaint on which the entries of default were based were proper under applicable law and rules;

**WHEREAS**, Plaintiffs and Defendants have entered into a Stipulation requesting that the Court vacate the Clerk's Entries of Default against Defendants Gregory Bixby and Benjamin Bixby (which was filed with the Court on November 25, 2008);

**WHEREAS**, the Court Clerk instructed counsel for Plaintiffs to submit this Order;

///
///
///
///
///
///
///
///
///

- -

987339_1.DOC **NOW**, **THEREFORE**, **IT IS HEREBY ORDERED:**

[PROPOSED] ORDER VACATING DEFAULT,
SETTING TIME TO ANSWER FIRST AMENDED COMPLAINT,
AND CONTINUING SCHEDULING CONFERENCE

(1) The entries of default against Defendants Gregory Bixby and Benjamin Bixby are vacated;

(2) Defendants Gregory Bixby and Benjamin Bixby shall file and serve their answer to the First Amended Complaint by no later than twenty (20) days from the date of the entry of this Order; and

(3) The Scheduling Conference currently scheduled for February 2, 2009, at 8:45 a.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck, is continued to March 16, 2009, at 8:30 a.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck.

2 February 2009

___/s/ *Dennis L. Beck*___
United States Magistrate Judge